## SCATTERGOOD v. WATERMAN.

### July 6, 1839.

*Motion for a new trial.*

A tavern or innkeeper, may recover from a guest, the amount of his bill for *boarding*, not being prohibited as a tavern reckoning, by the act of 11th March, 1834.

THIS cause was tried before STROUD, J., and a jury. The action was brought to recover the price of defendant's board at a tavern. The verdict was for the plaintiff, the judge reserving the point as to the liability of the defendant. Defendant moved for a new trial. On the hearing of the rule,

*Ingraham*, for defendant, referred to the 23d section of the act of 11th March, 1834, (*Stroud's Purd. tit. Inns and Taverns.*)
*Budd*, contra.

PER CURIAM.—The language of the 23d section of the act of assembly is, that "tavern reckonings *as aforesaid*," are not to be recovered. The previous sections of the act, to which we must refer the term "as aforesaid," provide against debts for liquors, and debts contracted by apprentices, &c. to the effect that they are not recoverable. But as to the case before us, the 17th section applies, which is "that every inn-keeper shall keep good entertainment for man and horse," under a certain penalty. The plain meaning of this is, that the price of board at an inn or tavern, is not prohibited as to its recovery. The term "board" includes the ordinary necessaries of life, and must be considered as being synonymous with the word "entertainment," in the act. The cases in 5 *S. & R.* 141, and 6 *Watts* 65, were determined on the provisions of the acts prior to that of the 11th March, 1834.

Rule discharged.